PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. LICEA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LUXOTTICA OF AMERICA INC., an Ohio Corporation; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 5:22-cv-01826-JGBKKx<br><br>Case Assigned to Hon. Jesus G. Bernal Courtroom 1<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: October 16, 2022<br>Trial Date: None Set |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Miguel

2   Licea dismisses without prejudice this action against Luxottica of America Inc.

3   Defendant has not yet filed or served an answer to Plaintiff's Complaint, nor filed a

4   motion for summary judgment.

5   Dated:  February 13, 2023                    PACIFIC TRIAL ATTORNEYS

6

7                                         By: */s/ Scott J. Ferrell*

8                                              Scott J. Ferrell
                                              Attorney for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

    I hereby certify that on February 13, 2023, I electronically filed the foregoing

3

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT**

4

**TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the

5

Court using the CM/ECF system which will send notification of such filing via

6

electronic mail to all counsel of record.

7

8

                */s/ Scott J. Ferrell Esq.*
                Scott J. Ferrell, Esq.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 41(a)(1)(A)(i)